UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Twin City Pipe Trades Service
Association, Inc.,

                          Plaintiff,

vs.

MD Mechanical, Inc.,
a Minnesota corporation,

                          Defendant.

Civil File No. 11-cv-2299 MJD/LIB

**ORDER FOR DEFAULT JUDGMENT**

This matter came before the Court on October 5, 2012, on Plaintiff's Motion for Default Judgment against Defendant MD Mechanical, Inc. William A. Cumming appeared for Plaintiff. No appearance was made for Defendant.

Based on all of the files, records, and proceedings in this matter, and being fully advised in the premises,

IT IS ORDERED that Plaintiff Twin City Pipe Trades Service Association, Inc. have and recover from Defendant MD Mechanical, Inc., the sum of $302,623.00 representing:

    1.    $244,406.00 in unpaid fringe benefits contributions for June through September 2011,

    2.    $40,040.60 for liquidated damages due,

    3.    $13,133.40 in interest through October 5, 2012, and

4.      $5,043.00 for reasonable costs and attorney's fees.


LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: October 5, 2012                    s/Michael J. Davis
                                          Michael J. Davis
                                          Chief Judge of United States District Court